UNITED STATES of America,
Plaintiff–Appellee

v.

Jaime Francisco CERON–MARTINEZ,
Defendant–Appellant.

No. 14–41397
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 30, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Appeal from the United States District Court for the Southern District of Texas, USDC No. 5:14–CR–276–1.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jaime Francisco Ceron–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ceron–Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ceron–Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

